UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSIE M. JEFFERSON, et al., § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | Civil Action No. 3:23-CV-1817-X-BK |
| § | |
| BAYLOR SCOTT AND WHITE § | |
| HOSPITAL, et al., § | |
| § | |
| *Defendants*. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 7). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 6th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1